

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00025-CV

**ALLAN LATOI STORY,**

                                                 **Appellant**

 v.

**THE STATE OF TEXAS,**

                                                 **Appellee**

---

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2011-2499-C1**

---

# O R D E R

---

A document entitled "Appellant's Initial Brief" was received from Appellant Allan Latoi Story and filed with the Court on February 21, 2019. Story's brief in this matter is premature. The reporter's record in this appeal has not been filed. An appellant's brief is not due until 30 days after the clerk's record or the reporter's record is filed, whichever is later. TEX. R. APP. P. 38.6. Because it was filed before the clerk's record and reporter's record were even prepared, the "brief" does not contain the necessary references to the

official record to be a proper brief. *See id.* R. 38.1. Accordingly, "Appellant's Initial Brief"

is stricken.

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Neill
Order issued and filed April 10, 2019

